#61007

FILED
2011 MAR 31 PM 12: 59
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

# UNCLAIMED FUNDS

MARCH 30, 2011

05-65163　　DAVID LANCE
　　　　　　JENNIFER LANCE
　　　　　　CREDITOR DID NOT CASH CHECK
　　　　　　CHECK #485325 FOR $95.52
　　　　　　EAST CANTON MEDICAL CENTER
　　　　　　DR SARAH CHAE
　　　　　　PO BOX 30099
　　　　　　CANTON, OH  44730-0099

05-65163　　DAVID LANCE
　　　　　　JENNIFER LANCE
　　　　　　CREDITOR DID NOT CASH CHECK
　　　　　　CHECK #485326 FOR $24.51
　　　　　　CARDIOVASCULAR, INC
　　　　　　PO BOX 74300
　　　　　　CLEVELAND, OH  44194-0002

06-60070　　JOHN WISENBARGER
　　　　　　TANA WISENBARGER
　　　　　　CREDITOR DID NOT CASH CHECK
　　　　　　CHECK #485327 FOR $.51
　　　　　　FIRST EXPRESS
　　　　　　PO BOX 856021
　　　　　　LOUISVILLE, KY  40285

```
     0 · *
 95 · 52 +
 24 · 51 +
  0 · 51 +
120 · 54 *
```